

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-13-00768-CR

Juan David **BERNAL**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the Criminal District Court 3, Tarrant County, Texas
Trial Court No. 1297786D
The Honorable Robb Catalano, Judge Presiding

## O R D E R

Appellant's brief was due January 29, 2014, but was not filed. This court notified appellant's counsel of the deficiency by letter on February 6, 2014, and required a response by February 18. *See* TEX. R. APP. P. 38.8(b)(2). Counsel has not responded to the notice.

We **order** appellant's attorney, Richard Alley, to file the appellant's brief by **March 7, 2014**. Counsel is advised that any request for an extension of time must (1) show extraordinary circumstances that prevent the timely filing of the brief, (2) advise the court of the efforts counsel has expended in preparing the brief, and (3) provide the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. If the brief or a conforming motion is not filed by the date ordered, the court may abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or his counsel has abandoned the appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court